

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00296-CR

DAVID KENDALL GRAHAM                                      APPELLANT

V.

THE STATE OF TEXAS                                            STATE

\-\-\-\-\-\-\-\-\-\-\-

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY

\-\-\-\-\-\-\-\-\-\-\-

## MEMORANDUM OPINION[1] AND JUDGMENT

\-\-\-\-\-\-\-\-\-\-

We have considered appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 13, 2011